460 A.2d 845

Commonwealth, Appellant v. Zambelli.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ. Order affirmed.

460 A.2d 846

Dolan et ux., Appellants v. Foy Buick, Inc., et. al.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ. Judgment affirmed.